UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-CIV-22481-O'SULLIVAN
[CONSENT]

FAM-WEST WAREHOUSE CORP.,

    Plaintiff,

v.

EMPIRE INDEMNITY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the parties' Notice of Settlement (DE# 28, 1/4/19). It is

ORDERED AND ADJUDGED that the that the trial date and deadlines are CANCELLED. It is further

ORDERED AND ADJUDGED that on or before **Friday, February 8, 2019**, the parties shall file a stipulation and proposed order of dismissal with the Court. If the parties would like the Court to retain jurisdiction to enforce the settlement terms, they should file a stipulation that comports with the requirements of Anago Franchising v. Shaz, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012). The failure to comply with this Order may result in dismissal of this matter with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of January, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE